# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | CIVIL ACTION NO: 4:25-cv-01926 |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION AND JP MORGAN CHASE & CO., | § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR FILE A RESPONSIVE PLEADING

The Court has considered Defendants' Agreed Motion for Extension of Time for Defendants to Answer or File a Responsive Pleading, filed on May 5, 2025. It is:

**ORDERED AND ADJUDGED** that the Agreed Motion for Extension of Time for Defendants to Answer or File a Responsive Pleading is GRANTED. Defendants shall file an answer or other responsive pleading by May 19, 2025.

Signed this ___ of _____, 2025

_____
Hon. George C. Hanks

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of May, 2025 a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

                                                         /s/ Jennifer Tomsen
                                                          Jennifer Tomsen