Case 4:25-cv-01926   Document 6   Filed on 05/06/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>JPMORGAN CHASE BANK NATIONAL ASSOCIATION AND JP MORGAN CHASE & CO., <br><br>*Defendants*. | § § § § § § § § § § § § § § § CIVIL ACTION NO: 4:25-cv-01926 |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR FILE A RESPONSIVE PLEADING

The Court has considered Defendants' Agreed Motion for Extension of Time for Defendants to Answer or File a Responsive Pleading, filed on May 5, 2025. It is:

**ORDERED AND ADJUDGED** that the Agreed Motion for Extension of Time for Defendants to Answer or File a Responsive Pleading is GRANTED. Defendants shall file an answer or other responsive pleading by May 19, 2025.

Signed this  6th  of    May            , 2025

_____
Hon. George C. Hanks

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of May, 2025 a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

                                        */s/ Jennifer Tomsen*
                                         Jennifer Tomsen