# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., § § § § *Plaintiffs*, § § v. § § JPMORGAN CHASE BANK NATIONAL ASSOCIATION AND JP MORGAN CHASE & CO., § § § § *Defendants*. § | CIVIL ACTION NO: 4:25-cv-01926 |

## ORDER GRANTING SECOND AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR FILE A RESPONSIVE PLEADING

The Court has considered Defendants' Second Agreed Motion for Extension of Time for Defendants to Answer or File a Responsive Pleading, filed on May 14, 2025. It is:

**ORDERED AND ADJUDGED** that the Agreed Motion for Extension of Time for Defendants to Answer or File a Responsive Pleading is GRANTED. Defendants shall file an answer or other responsive pleading by June 16, 2025.

Signed this ___ of _____, 2025

_____
Hon. George C. Hanks