**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NATALIE HENSHILWOOD, | § | |
| SHAWN JONES, AND | § | |
| PRIME TITLE AGENCY, INC., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No.: 4:25-cv-1926 |
| | § | |
| JP MORGAN CHASE BANK, | § | |
| NATIONAL ASSOCIATION AND | § | |
| JP MORGAN CHASE & CO., | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS JPMORGAN CHASE BANK, N.A. AND JPMORGAN CHASE & CO.'S
DISCLOSURE OF INTERESTED PARTIES**

Defendants, JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co., file this Disclosure of Interested Parties in accordance with FRCP 7.1 and this Court's order. Defendants certify that the following listed persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities have a financial interest in the outcome of this litigation:

1.    JPMorgan Chase Bank, N.A. (Defendant) is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation;

2.    JPMorgan Chase & Co. (Defendant) is a publicly held corporation that does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.;

3.    Natalie Henshilwood (Plaintiff);

4.    Shawn Jones (Plaintiff); and

5.    Prime Title Agency, Inc. (Plaintiff).

Dated: May 16, 2025                  Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Stephen B. Edmundson*
Jennifer Tomsen
Texas State Bar No. 24064535
Stephen B. Edmundson
Texas State Bar No. 00796507
1000 Louisiana Street, Suite 6700
Houston, TX 77002
Tel: 713.374.3525
Fax: 713.374.3505
Email: edmundsons@gtlaw.com
Email: tomsenj@gtlaw.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was forwarded to all counsel of record via the Court's ECF system on May 16, 2025.

*/s/ Stephen B. Edmundson*
Stephen B. Edmundson