Case 4:25-cv-01926   Document 9   Filed on 05/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | CIVIL ACTION NO: 4:25-cv-01926 |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION AND JP MORGAN CHASE & CO., | § § § § | |
| *Defendants*. | § | |

## ORDER GRANTING SECOND AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR FILE A RESPONSIVE PLEADING

The Court has considered Defendants' Second Agreed Motion for Extension of Time for Defendants to Answer or File a Responsive Pleading, filed on May 14, 2025. It is:

**ORDERED AND ADJUDGED** that the Agreed Motion for Extension of Time for Defendants to Answer or File a Responsive Pleading is GRANTED. Defendants shall file an answer or other responsive pleading by June 16, 2025.

Signed this 21st of May, 2025

_____
Hon. George C. Hanks