# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., § § § § *Plaintiffs*, § § v. § § JPMORGAN CHASE BANK NATIONAL ASSOCIATION AND JP MORGAN CHASE & CO., § § § § *Defendants*. § | CIVIL ACTION NO: 4:25-cv-01926 |

## ORDER GRANTING PLAINTIFFS' AGREED MOTION FOR EXTENSION OF DEADLINES

The Court has considered Plaintiffs' Agreed Motion for Extension of Deadlines, filed on June __, 2025.  It is:

**ORDERED AND ADJUDGED** that Plaintiffs' Agreed Motion for Extension of Deadlines is GRANTED.  Defendants shall file an answer or other responsive pleading by July 30, 2025.  All other pending Court deadlines will be adjusted and a revised Scheduling and Docket Control order will be issued.

Signed this ___ of _____, 2025

_____
Hon. George C. Hanks