IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NATALIE HENSHILWOOD,** § <br> **SHAWN JONES, AND** § <br> **PRIME TITLE AGENCY, INC.** § <br> § <br> *Plaintiffs*, § <br> § <br> V. § <br> § <br> **JP MORGAN CHASE BANK,** § <br> **NATIONAL ASSOCIATION AND** § <br> **JP MORGAN CHASE & CO.,** § <br> § <br> *Defendants*. § | Civil Action No.: 4:25-cv-01926 |

**PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 and this Court's Order, Plaintiffs, Natalie Henshilwood, Shawn Jones, and Prime Title Agency, Inc. provides the following information:

Plaintiffs certify the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Plaintiff, Natalie Henshilwood

2. Plaintiff, Shawn Jones

3. Plaintiff, Prime Title Agency, Inc. is privately owned by Plaintiff Natalie Henshilwood and Amalia Bravo. It does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

4. Defendant, JPMorgan Chase & Co., which Defendant represents in its Disclosure of Interested Parties that it "is a publicly held corporation that does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co."

5. Defendant, JPMorgan Chase Bank, N.A., which Defendant represents in its Disclosure of Interested Parties that it "is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation."

Dated: July 29, 2025.                                   Respectfully submitted,

**HENDERSHOT COWART, PC**

*/s/ Philip D. Racusin*
SIMON W. HENDERSHOT, III
SBN: 09417200
trey@hchlawyers.com
PHILIP D. RACUSIN
SBN: 24054267
pracusin@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
T: 713-783-3110
F: 713-783-2809

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2025, a true and correct copy of the foregoing instrument via the Court's CM/ECF system, and that all counsel of record were served an electronic copy pursuant to the Federal Rules of Civil Procedure.

*/s/ Philip D. Racusin*
PHILIP D. RACUSIN