UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Natalie Henshilwood, et al. | § § | |
| *versus* | § § | Civil Action 4:25−cv−01926 |
| JP Morgan Chase Bank, N.A., et al. | § | |

# Notice of Referral of Motion to Magistrate Judge

 Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Richard W. Bennett to hear and determine the motion(s) identified below:

 Request for Pre−Motion Conference − #13

Date: July 31, 2025.

              Nathan Ochsner, Clerk

              By: Kimberly Picota
                 Case Manager