# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Natalie Henshilwood, et al.

v.                                                          Case Number: 4:25−cv−01926

JP Morgan Chase Bank, N.A., et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/8/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Pre−Motion Conference

RE: Request for Pre−Motion Conference − #13

Date:   August 4, 2025                                      Nathan Ochsner, Clerk