IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NATALIE HENSHILWOOD,** <br> **SHAWN JONES, AND** <br> **PRIME TITLE AGENCY, INC.** <br><br> *Plaintiffs*, <br><br> **V.** <br><br> **JP MORGAN CHASE BANK,** <br> **NATIONAL ASSOCIATION AND** <br> **JP MORGAN CHASE & CO.,** <br><br> *Defendants*. | §§§§§§§§§§§§§§§ | **Civil Action No.: 4:25-cv-01926** |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

## DEADLINES

1. **60-180 days before trial**[1]    **MOTIONS TO AMEND THE PLEADINGS**

2. **180 days before trial**    **MOTIONS TO ADD NEW PARTIES** The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. **N/A**    **MOTION TO CERTIFY CLASS** The party seeking certification will file a motion and supporting memorandum by this date.

4. **90 days before trial**    Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. **60 days**    Identification of defendant's experts and production of experts' reports in

---

[1] Plaintiffs request a deadline of 60 days before trial. Defendants request a deadline of 180 days before trial.

|     |     |     |
| --- | --- | --- |
|     | **before trial** | the form required by Fed. R. Civ. P. 26(a)(2)(B). |
| 6.  | **6 months from the later of three time periods**[2] | **COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| 7.  | **N/A** | **LIMITS ON DISCOVERY:** _____ _____ |
| 8.  | **30 days before trial** | **DISPOSITIVE MOTIONS** |
| 9.  | **14 days before trial** | **ALL OTHER PRETRIAL MOTIONS** |
| 10. | **14 days before trial** | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the <u>complete</u> <u>joint</u> pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| 11. | **7 days before trial** | **DOCKET CALL** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| 12. | **TBD** | <u>**JURY / BENCH TRIAL**</u> Case is subject to being called to trial on short notice during this month. |

Estimated Trial Time: <u>**2-3**</u> days.

---

[2] The parties anticipate that discovery, if any, can be completed by 6 months from the latter of (1) 30 days after the Court rules on Defendants' forthcoming motion to dismiss, or (2) 30 days after Defendants file their answer to Plaintiffs' anticipated Amended Complaint, or, (3) in the event that Defendants file a motion to dismiss Plaintiffs' anticipated Amended Complaint, 30 days after the Court rules on Defendants' motion to dismiss Plaintiffs' anticipated Amended Complaint.

SIGNED at Houston, Texas, this ___ day of _____, _____.

                                                               _____
                                                                        GEORGE C. HANKS, JR.
                                                             UNITED STATES DISTRICT JUDGE