UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Natalie Henshilwood, et al. | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−01926 |
| | § | |
| JP Morgan Chase Bank, N.A., et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 8/8/25 at 10:00 a.m.

Date: August 7, 2025

                                                                                         Nathan Ochsner, Clerk