Case 4:25-cv-01926   Document 21   Filed on 08/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2025
Nathan Ochsner, Clerk

## COURTROOM MINUTES- ORDER

JUDGE <u>RICHARD W. BENNETT, PRESIDING</u>
DATE: <u>August 8, 2025</u>
COURT REPORTER: <u>ERO</u>
MORNING: _____   AFTERNOON: <u>1:58-2:03PM</u>_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO. 4:25cv1926

| | |
|---|---|
| Natalie Henshilwood, et al | Philip David Racusin |
| Plaintiffs | |
| JP Morgan Chase Bank, N.A. et al | Stephen Bender Edmundson<br>Jennifer Tomsen |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>MINUTE ENTRY ORDER:</u>

<u>A hearing was held on Defendant's request for pre-motion conference (ECF No. 13). Appearances: Philip Racusin for Plaintiff; Jennifer Tomsen and Stephen Edmundson for Defendants. Plaintiff advised he intends to amend his pleadings which will likely resolve some of the claims Defendant intended to raise in a Rule 12(b)(6) motion to dismiss. As such, the Court ORDERS Plaintiff to file any amended pleadings by close of business Friday, August 15, 2025. Accordingly, Defendants' request for leave to file a Rule 12(b)(6) motion (ECF No. 13) is DENIED without prejudice. After any amended pleadings are filed, should Defendants wish to file a motion to dismiss, they must follow Judge Hanks' pre-motion procedures prior to filing. IT IS SO ORDERED.</u>

Signed this <u>11th</u> day of August, 2025.

*/s/ Richard W. Bennett*

Richard W. Bennett
United States Magistrate Judge