IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>JPMORGAN CHASE BANK NATIONAL ASSOCIATION <br><br>*Defendant.* | §§§§§§§§§§§§§ CIVIL ACTION NO: 4:25-cv-01926 |

## PLAINTIFFS' AGREED MOTION FOR LEAVE AND EXTENSION OF DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Texas Local Rule 7.8, Plaintiffs Natalie Henshilwood, Shawn Jones, and Prime Title Agency, Inc. (collectively, "Plaintiffs"), respectfully move for leave to file a Second Amended Complaint and extend Defendant's deadline to answer or otherwise plead in response to Plaintiffs' forthcoming Second Amended Complaint. In support of this Motion, Plaintiffs state as follows:

1. On March 31, 2025, Plaintiffs filed their Original Petition (the "Complaint") in the 215th District Court of Harris County, Texas.

2. On April 28, 2025, Defendants timely removed this matter to this Court.

3. Per the Court's procedures, the parties conferred and sought an extension until May 19, 2025 for Defendants to answer or otherwise respond to the Complaint, to allow time for the parties to comply with the Court's pre-motion procedures.  Counsel for

Plaintiffs agreed to this request, a motion was filed [Doc. 5], and the Court granted the motion extending the deadline to May 19, 2025 [Doc. 6].

4. Counsel for all parties conferred again on May 8, 2025, and again sought an extension to continue their efforts to resolve or narrow the issues. Defendants filed an agreed motion for extension [Doc. 7], and the Court granted the motion, extending the deadline to June 16, 2025 [Doc. 9].

5. The parties agreed to further extend until July 30, 2025, the Defendants' deadline to answer or otherwise respond to the Complaint, as well as a commensurate extension of all pending court deadlines and filed a Motion accordingly. [Doc. 10]. The Motion was granted on July 31, 2025. [Doc. 11].

6. The parties filed a Joint Discovery/Case Management Plan on July 29, 2025. [Doc. 12]. On July 30, 2025, Defendants filed a request for a pre-motion conference. [Doc. 13].

7. On August 8, 2025, a hearing was held on Defendants' request for a pre-motion conference. [Doc. 16]. It resulted in a Minute Entry ordering Plaintiffs to file any amended pleadings by close of business Friday, August 15, 2025. [Doc. 21].

8. Plaintiffs timely filed their First Amended Complaint by close of business, August 15, 2025. [Doc. 22]. The First Amended Complaint dropped JP MORGAN CHASE & CO., leaving JPMORGAN CHASE BANK NATIONAL ASSOCIATION as the remaining defendant.

9. Subsequently, upon conference after Plaintiffs filed their First Amended Complaint, counsel for the Plaintiffs and Defendant agreed that Plaintiffs need to amend

their Complaint again to correct certain allegations. As such, the parties agree that Defendant need not answer or otherwise respond to Plaintiffs' First Amended Complaint by Friday August 29, 2025, and a new deadline can be calculated upon Plaintiffs' filing of the further amended complaint—Plaintiffs' forthcoming Second Amended Complaint—which is expected to be filed on or before August 29, 2025.

10. This request is made in the interest of justice. It is not being made for the purpose of delay, nor will any party be prejudiced.

**WHEREFORE,** Plaintiffs, Natalie Henshilwood, Shawn Jones, and Prime Title Agency, Inc., respectfully request that the Court grant this Motion and enter an order granting Plaintiffs leave to file a Second Amended Complaint by August 29, 2025, and allowing Defendants the time permitted under Federal Rule 12 to answer or otherwise plead in response to Plaintiffs' forthcoming Second Amended Complaint.

Dated: August 27, 2025                    Respectfully submitted,

                                          **HENDERSHOT COWART P.C.**

                                          By:  */s/ Philip D. Racusin*
                                          SIMON W. HENDERSHOT, III
                                          SBN: 09417200
                                          trey@hchlawyers.com
                                          PHILIP D. RACUSIN
                                          SBN: 24054267
                                          pracusin@hchlawyers.com
                                          1800 Bering Drive, Suite 600
                                          Houston, Texas 77057
                                          Telephone:  (713) 783-3110
                                          Facsimile:   (713) 783-2809

                                          *ATTORNEYS FOR PLAINTIFFS*
                                          *NATALIE HENSHILWOOD, SHAWN JONES,*
                                          *AND PRIME TITLE AGENCY*


## CERTIFICATE OF CONFERENCE

    I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant on August 27, 2025 and Defendants have agreed to the relief sought in this Motion.

                                                             */s/ Philip Racusin*
                                                            Philip Racusin


## CERTIFICATE OF SERVICE

    I hereby certify that on August 27, 2025 a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

                                                             */s/ Philip Racusin*
                                                           Philip Racusin

4925-0769-0339, v. 3