# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> JPMORGAN CHASE BANK NATIONAL ASSOCIATION <br><br> *Defendant.* | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO: 4:25-cv-01926 |

## ORDER GRANTING PLAINTIFFS' AGREED MOTION FOR LEAVE AND EXTENSION OF DEADLINES

The Court has considered Plaintiffs' Agreed Motion for Leave and Extension of Deadline, filed on August 27, 2025. It is:

**ORDERED AND ADJUDGED** that Plaintiffs' Agreed Motion for Leave and Extension of Deadline is GRANTED. Plaintiffs are granted leave to file a Second Amended Complaint by August 29, 2025, and Defendant shall file an answer or other responsive pleading within the time permitted by Federal Rule of Civil Procedure 12.

Signed this ___ of _____, 2025

_____
Hon. George C. Hanks

4906-4686-1155, v. 3