Case 4:25-cv-01926   Document 24   Filed on 08/28/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> JPMORGAN CHASE BANK NATIONAL ASSOCIATION <br><br> *Defendant.* | § § § § § § § § § § § § § <br><br> CIVIL ACTION NO: 4:25-cv-01926 |

## ORDER GRANTING PLAINTIFFS' AGREED MOTION FOR LEAVE AND EXTENSION OF DEADLINES

The Court has considered Plaintiffs' Agreed Motion for Leave and Extension of Deadline, filed on August 27, 2025. It is:

**ORDERED AND ADJUDGED** that Plaintiffs' Agreed Motion for Leave and Extension of Deadline is GRANTED. Plaintiffs are granted leave to file a Second Amended Complaint by August 29, 2025, and Defendant shall file an answer or other responsive pleading within the time permitted by Federal Rule of Civil Procedure 12.

Signed this 28th of  August , 2025

_____
Hon. George C. Hanks

4906-4686-1155, v. 3