**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Natalie Henshilwood, et al. | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−01926 |
| | § | |
| JP Morgan Chase Bank, N.A., et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 9/16/2025 at 10:15 a.m.

Date: September 15, 2025

                                                                         Nathan Ochsner, Clerk