# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE HENSHILWOOD, et al. | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:25−cv−01926 |
| | § | |
| JP MORGAN CHASE BANK, N.A., et al. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Pre−Motion Conference has been set in this matter for 02:30 PM on 10/9/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 106 7567
Meeting Password: 816265

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 9/17/2025                            Kimberly Picota
                                           cm4147@txs.uscourts.gov
                                           Case Manager to
                                           U.S. District Judge George C. Hanks, Jr.