United States District Court
Southern District of Texas
**ENTERED**
October 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATALIE HENSHILWOOD, *et al.*, § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> JP MORGAN CHASE BANK, N.A., *et al.*, § <br> Defendants. § | CIVIL ACTION NO. 4:25-CV-01926 |

## ORDER

Pending before the Court is Defendant JP Morgan Chase Bank, N.A. and Defendant JP Morgan Chase & Co.'s request for a Pre-Motion Conference (Dkt. 26). The Court finds that a Pre-Motion Conference is not necessary and **GRANTS** Defendant's request (Dkt. 26) for leave to file a motion to dismiss.

Defendants are **ORDERED** to file their motion **by Monday, October 27, 2025**. Plaintiffs may respond **by November 17, 2025**, and Defendants may reply **by November 24, 2025**. No sur-reply may be filed without leave of the Court.

SIGNED at Houston, Texas on October 8, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE