**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Natalie Henshilwood, et al. | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−01926 |
| | § | |
| JP Morgan Chase Bank, N.A., et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Pre−Motion Conference

    Date and Time: October 9, 2025 at 2:30 p.m.

Date: October 8, 2025

                                                           Nathan Ochsner, Clerk