# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Natalie Henshilwood, et al.

v.   Case Number: 4:25−cv−01926

JP Morgan Chase Bank, N.A., et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/4/2025

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 15, 2025                             Nathan Ochsner, Clerk