UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., <br> *Plaintiffs*, <br><br> v. <br><br> JPMORGAN CHASE BANK NATIONAL ASSOCIATION AND JP MORGAN CHASE & CO., <br> *Defendants*. | § § § § § § § § § § § § § § | Civil Action No. 4:25-cv- 01926 |

## AGREED MOTION FOR EXTENSION OF
## BRIEFING DEADLINES ON MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Texas Local Rule 7.8, all parties respectfully move for a short extension of time to file their Motion to Dismiss and state as follows:

1. On October 8, 2025, this Court determined that a hearing on Defendants' Request for a Pre-Motion Conference was not necessary and ordered Defendants to file a Motion to Dismiss by Monday, October 27, 2025, with response dates of November 17 and Reply date of November 24, 2025. [Dkt. 30]

2. The parties request a brief, <u>agreed</u> extension of these deadlines due to an unavoidable work conflict defense counsel had on a matter seeking emergency relief and an injunction. Counsel for Defendants conferred with counsel for Plaintiffs, and counsel for Plaintiffs are in agreement with extending the above deadlines by seven to ten days.

3. The parties request the Court extend Defendant's time to file a Motion to Dismiss by one week, to November 3, 2025, Plaintiffs' time to Respond be extended to November 24, 2025, and the deadline for any reply by Defendant to be extended to December 5, 2025 (3 days added due to Thanksgiving the week before).

4. This is the parties' first request for an extension of time of these deadlines. This request is not being made for the purpose of delay and, due to the minimal time sought, will not affect any other dates in this case, nor will any party be prejudiced.

**WHEREFORE,** all parties respectfully request the Court grant this motion and enter an order that Defendants are to file their motion by **Monday, November 3, 2025**, Plaintiffs may respond by **November 24, 2025**, and Defendants may reply by **December 5, 2025**. As was the case with the current Order.

Dated: October 22, 2025                    Respectfully submitted,

**HENDERSHOT COWART P.C.**

By: /s/ Philip D. Racusin
    SIMON W. HENDERSHOT III
    State Bar No. 09417200
    trey@hchlawyers.com
    Philip D. Racusin
    State Bar No. 24054267
    pracusin@hchlawyers.com
    1800 Bering Drive, Suite 600
    Houston, Texas 77057
    Telephone: (713) 783-3110
    Facsimile: (713) 783-2809

**ATTORNEYS FOR PLAINTIFFS**

**GREENBERG TRAURIG, LLP**

  */s/ Stephen B. Edmundson*
Jennifer Tomsen
Texas Bar No. 24064535
tomsenj@gtlaw.com
Stephen Edmundson
Texas Bar No. 00796507
edmundsons@gtlaw.com
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: 713.374.3500
Facsimile: 713.374.3505

**ATTORNEYS FOR DEFENDANT
JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs on October 21, 2025 and Plaintiffs have agreed to the relief sought in this Motion.

  */s/ Stephen B. Edmundson*
Stephen B. Edmundson

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, a true and correct copy of the foregoing document was served upon all parties of record via electronic service.

*/s/ Stephen B. Edmundson*
Stephen B. Edmundson