United States District Court
Southern District of Texas
**ENTERED**
October 23, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., | § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | CIVIL ACTION NO: 4:25-cv-01926 |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION AND JP MORGAN CHASE & CO., | § § § § | |
| *Defendants*. | § § | |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF BRIEFING DEADLINES ON MOTION TO DISMISS

The Court has considered the parties' Agreed Motion for Extension of Briefing Deadlines on Motion to Dismiss, filed on October 22, 2025.

Defendants are **ORDERED** to file their motion by **Monday, November 3, 2025**. Plaintiffs may respond by **November 24, 2025**, and Defendants may reply by **December 5, 2025**. No sur-reply may be filed without leave of the Court.

Signed this 23rd of October, 2025.

_____
Hon. George C. Hanks, Jr.