# EXHIBIT A

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)

**CHASE** ⬤

_X_ NEW  _____ CHANGE

**ACCOUNT NO.** ▮▮▮▮5682

**ACCOUNT TITLE** (DBA(s) on the following page(s) if applicable)
DASH TITLE CORP.

**BANK NAME/NUMBER**
JPMorgan Chase Bank, N.A. ( 201 )

**BRANCH NAME AND NO.**
Hwy 290 and Mason Rd - 245495

**DATE**
02/21/2023

**BUSINESS ADDRESS**
2810 LOUETTA RD STE 4A

SPRING, TX 77388-4649

**PREPARED BY**
NICHOLAS OSTASZEWSKI

**PHONE NO.**
(346) 254-6406

**TAXPAYER ID NO.** ▮▮▮▮▮▮▮

**PRODUCT TYPE**
Chase Performance Business Checking

Legal Name of Organization:  DASH TITLE CORP.    (the "Organization")
State of Organization:  TX

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| SHAWN DAVID JONES | Secretary | |
| VERONICA CORONA | Vice President | |
| NATALIE DEAN HENSHILWOOD | President | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _/s/ Shawn Jones_   Date: 02/21/2023
Title: Secretary
Printed Name: SHAWN DAVID JONES

DISTRIBUTION: 1) National Account Services 2) Customer   JPMorgan Chase Bank, N.A. Member FDIC
Page 1 of 2   M1207-03-CS (11/20)

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**  **CHASE**

ACCOUNT NO. ▮6682

Signature: _Veroni B. Coron_ Date: 02/21/2023
Title: Vice President
Printed Name: VERONICA CORONA

Signature: _Natalie Henshilwood_ Date: 02/21/2023
Title: President
Printed Name: NATALIE DEAN HENSHILWOOD

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

Signature: _____ Date: _____
Title: _____
Printed Name: _____

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

M1 207-03-CS (11/20)