# EXHIBIT E

# Dash Title Corp

## Corporate Resolution

WHEREFORE, Natalie Henshilwood represents that the ownership of Shawn Jones has been transferred to Natalie Henshilwood and Veronica Corona, equally;

WHEREFORE, Natalie Henshilwood has agreed that Veronica Corona will accept the debt of Dash Title Corp as itemized in the term sheet as lawful consideration;

WHEREFORE, Dash Title Corp has approved the transaction.

WHEREFORE, Bryan Bledsoe has transferred his ownership of Dash Title Corp of twenty (20) percent to Veronica Corona in exchange for the agreement to take on obligation due to Banshee4D Investments, LLC.

WHEREFORE, Dash Title Corp has approved the transaction.

WHEREFORE, it is further agreed that Veronica Corona is hereby the President and sole owners of Dash Title Corp.

Be is resolved that on this day of August 14, 2024, that the Dash Title Corp has accepted the offer of Veronica Corona to purchase all shares of Natalie Henshilwood representing a forty (40) percent ownership of Dash Title Corp from Natalie Henshilwood. Further, be it resolved that on this day of August 14, 2024, that Dash Title Corp has accepted the offer of Veronica Corona to assume the obligation to Banshee4D Investments, LLC and pay Bryan Bledsoe same in exchange for the Twenty (20) percent ownership equity in Dash Title Corp. Be it resolved that Shawn Jones has previously transferred all his ownership in Dash Title Corp. to Veronica Corona and Natalie Henshilwood.

Accordingly, Veronica Corona is hereby the sole owner of Dash Title Corp. Accordingly, Veronica Corona is hereby the president of Dash Title Corp.

Dated this 14th Day of August, 2024.

_Bryan Bledsoe_
Bryan Bledsoe
Banshee4D Investments, LLC

_Natalie Henshilwood_
Natalie Henshilwood

_Veronica Corona_
Veronica Corona

Dash Title Corp. Corporate Resolutions August 14, 2024