IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE HENSHILWOOD, SHAWN JONES, and PRIME TITLE AGENCY, INC., *Plaintiffs*, <br><br>v.<br><br>JPMORGAN CHASE BANK NATIONAL ASSOCIATION AND JP MORGAN CHASE & CO., *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO: 4:25-cv-01926 |

**ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Before the Court is Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiffs' Second Amended Complaint, filed pursuant to Fed. R. Civ. P. 12(b)(6) ("Chase's MTD"). Having considered Chase's MTD, including all exhibits thereto, as well as Plaintiffs' Response, and Chase's Reply (if any), and having heard argument from counsel for Chase as to the bases for the Motion and counsel for the Plaintiffs as to the opposition thereto, the Court finds the MTD meritorious and that Plaintiffs fail to state any claim upon which relief can be granted. It is hereby

**ORDERED** that the Motion to Dismiss is granted in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted; and it is further

**ORDERED** that all of the claims asserted against Chase in the above-captioned proceeding are dismissed with prejudice in their entirety; and it is further

**ORDERED** that this proceeding is to be terminated and closed.


Signed this ___ of _____, 2025.


_____
Hon. George C. Hanks