IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NATALIE HENSHILWOOD,** § <br> **SHAWN JONES, AND** § <br> **PRIME TITLE AGENCY, INC.** § <br> § <br> *Plaintiffs,* § <br> § **Civil Action No.: 4:25-cv-01926** <br> **v.** § <br> § <br> **JPMORGAN CHASE BANK,** § <br> **NATIONAL ASSOCIATION,** § <br> § <br> *Defendant.* § | |

### [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiffs' Second Amended Complaint [Dkt. 35] and Plaintiffs' Response in Opposition thereto [Dkt. 36]. Having considered the Motion, Response, and applicable law, the Court finds that Defendant's Motion should be **DENIED**.

The Court concludes that Plaintiffs' Second Amended Complaint states plausible claims for relief under the applicable pleading standards of Federal Rule of Civil Procedure 8(a) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

It is therefore **ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss [Dkt. 35] is **DENIED**.

It is further **ORDERED** that Defendant shall file its Answer to Plaintiffs' Second Amended Complaint within fourteen (14) days of the date of this Order.

It is further **ORDERED** that Defendant's request for abatement is **DENIED**.

**SIGNED** this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

4912-7596-5052, v. 2