## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Natalie Henshilwood, et al.

v.                                          Case Number: 4:25−cv−01926

JP Morgan Chase Bank, N.A., et al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/23/2026

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:    December 3, 2025                         Nathan Ochsner, Clerk