United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE RICHARD W. BENNETT, PRESIDING
DATE: January 23, 2026
COURT REPORTER: ERO
MORNING: 10:16-10:19AM   AFTERNOON: _____
*************************************************************************

CIVIL NO: 4:25cv1926

| Natalie Henshilwood, et al | Philip David Racusin |

Plaintiffs

| JPMorgan Chase Bank, et al | Stephen Bender Edmundson |

Defendants

*************************************************************************

MINUTE ENTRY ORDER:

The court conducted the Initial Conference and entered a Scheduling Order.

Signed this 23rd day of January, 2026.

Richard W. Bennett
United States Magistrate Judge