United States District Court
Southern District of Texas
**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NATALIE HENSHILWOOD,** | § | |
| **SHAWN JONES, AND** | § | |
| **PRIME TITLE AGENCY, INC.** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | **Civil Action No.: 4:25-cv-01926** |
| **V.** | § | |
| | § | |
| **JP MORGAN CHASE BANK,** | § | |
| **NATIONAL ASSOCIATION AND** | § | |
| **JP MORGAN CHASE & CO.,** | § | |
| | § | |
| *Defendants*. | § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

## DEADLINES

1. **Jan 2, 2026**  **MOTIONS TO AMEND THE PLEADINGS**
2. **Jan 2, 2026**  **MOTIONS TO ADD NEW PARTIES** The attorney causing the addition

   of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. **N/A**       **MOTION TO CERTIFY CLASS** The party seeking certification will file a motion and supporting memorandum by this date.

4. **Feb. 17, 2026** Identification of plaintiff's experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. **Mar. 19, 2026** Identification of defendant's experts and production of experts' reports in

---

[1] Plaintiffs request a deadline of 60 days before trial.  Defendants request a deadline of 180 days before trial.

the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. **Apr. 17, 2026  COMPLETION OF DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. **N/A  LIMITS ON DISCOVERY:**

_____

_____

8. **Apr. 24, 2026  DISPOSITIVE MOTIONS**

9. **May 26, 2026  ALL OTHER PRETRIAL MOTIONS**

10. **July 2, 2026  JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the <u>complete</u> <u>joint</u> pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures.

11. **July 10, 2026  DOCKET CALL** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued.

X
12. **Sept/Oct 2026  <u>JURY / BENCH TRIAL</u>** Case is subject to being called to trial on short notice during this month.

Estimated Trial Time: **<u>2-3</u>** days.

Signed this 23rd day of January, 2026

_____

Richard W. Bennett
United States Magistrate Judge