IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATALIE HENSHILWOOD, <br> SHAWN JONES, AND <br> PRIME TITLE AGENCY, INC. <br><br> *Plaintiffs*, <br><br> V. <br><br> JP MORGAN CHASE BANK, <br> NATIONAL ASSOCIATION, <br><br> *Defendants*. | § § § § § § § § § § § § § § | Civil Action No.: 4:25-cv-01926 |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. COME NOW, Plaintiffs Natalie Henshilwood ("Ms. Henshilwood"), Shawn Jones ("Mr. Jones"), and Prime Title Agency, Inc. ("Prime Title") (collectively, "Plaintiffs"), and file this Stipulation of Dismissal Without Prejudice, and would respectfully show the Court as follows:

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that they voluntarily dismiss all claims against Defendant JP Morgan Chase Bank National Association <u>without prejudice to refiling</u>. Defendant has not entered an answer.

3. The parties respectfully request that this Court enter an Order dismissing all claims in this cause without prejudice.

Dated: March 2, 2026

Respectfully submitted,

**HENDERSHOT COWART, PC**

*/s/ Philip D. Racusin*
SIMON W. HENDERSHOT, III
SBN: 09417200
trey@hchlawyers.com
PHILIP D. RACUSIN
SBN: 24054267
pracusin@hchlawyers.com
1800 Bering Drive, Suite 600
Houston, Texas 77057
T: 713-783-3110
F: 713-783-2809

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 2, 2026, a true and correct copy of the foregoing instrument via the Court's CM/ECF system, and that all counsel of record were served an electronic copy pursuant to the Federal Rules of Civil Procedure.

*/s/ Philip D. Racusin*
PHILIP D. RACUSIN