Case 4:25-cv-01926   Document 42   Filed 03/05/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NATALIE HENSHILWOOD, SHAWN JONES, AND PRIME TITLE AGENCY, INC.** | § § § § | |
| *Plaintiffs*, | § § | |
| V. | § § | Civil Action No.: 4:25-cv-01926 |
| **JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,** | § § § § | |
| *Defendants*. | § | |

## ORDER

On this the __5th__ day of __March__, 20__26__, the Court considered the foregoing Plaintiffs' Stipulation of Dismissal Without Prejudice. The Court finds that all parties have agreed to the dismissal of all claims without prejudice.

IT IS THEREFORE ORDERED that all claims asserted by any party against any other party in this cause, styled *Natalie Henshilwood, Shawn Jones, and Prime Title Agency, Inc. v. JPMorgan Chase Bank, National Association*, are hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that this dismissal is without prejudice to the right of Plaintiffs to refile any and all claims in any court of competent jurisdiction.

SIGNED this __5th__ day of __March__, 20__26__.

_____
UNITED STATES DISTRICT COURT JUDGE